United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Monica D Hamilton
    Debtor

Case No. 11-22689-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Sep 20, 2016
Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.
db         +Monica D Hamilton,    7081 Tuscany Drive,    Macungie, PA 18062-8973
cr         +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13605777      MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 52708,
            Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2016 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
         CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A., S/B/M To Wells Fargo
          Home Mortgage, Inc. paeb@fedphe.com
         DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
          Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MARISA MYERS COHEN    on behalf of Defendant    WELLS FARGO BANK, N.A. mcohen@mwc-law.com
         ROBERT   GLAZER    on behalf of Debtor Monica D Hamilton usbcglazer@gmail.com
         ROBERT   GLAZER    on behalf of Plaintiff Monica D Hamilton usbcglazer@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                 TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Monica D. Hamilton | : Bankruptcy No. 11-22689 REF<br>: Chapter 13<br>:<br>: |
| MTGLQ Investors, LP c/o Rushmore Loan<br>Management Services, Inc. | :<br>:<br>: |
|            Movant | :<br>: |
| vs. | :<br>: |
| Monica D. Hamilton | :<br>: |
|          Debtors/Respondents | :<br>: |
| and | :<br>: |
| Frederick L. Reigle, Esquire<br>           Trustee/Respondent | :<br>: |

## CONSENT ORDER / STIPULATION AGREEMENT SETTLING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, upon the Motion of MTGLQ Investors, LP c/o Rushmore Loan Management Services, Inc. ("Creditor"/"Movant"), through its counsel, Hladik, Onorato & Federman, LLP, for relief from the automatic stay pursuant to Bankruptcy Code § 362(d) as to certain property, 7081 Tuscany Drive, Macungie, PA 18062 (the "Property"), it is hereby agreed as follows:

Monica D. Hamilton ("Debtor") acknowledges that the following monthly post-petition mortgage payments are due as follows:

    Payments (02/01/16-08/01/16 @ *$2,166.76 each*)..............$15,167.32
    Counsel Fees/Costs for Motion .........................................$   850.00
    Filing Fee.................................................................................$   176.00
    Suspense..............................................................................($  1,298.02)
    Arrears ("Arrears")..............................................................$ 14,895.30

1.  Debtor shall cure the Arrears as set forth above by paying one-sixth (1/6) of the Arrears per month ($2,482.55/month) for the next six (6) months, together with the regular monthly mortgage payment (currently $2,166.76/month), for a total combined monthly payment of $4,649.31 for the next six (6) months beginning on *September 1, 2016*. In the event the regular monthly payment changes for any reason, then the amount due pursuant to Paragraph 2 shall be adjusted accordingly. Thereafter, Debtor agrees to continue making the regular monthly mortgage payments.

2.  Debtor shall make the regular monthly payments required to the Trustee.

3.  Debtor shall send all payments due directly to Creditor at the address below:

    **Rushmore Loan Management Services**
    **P.O. Box 52708**
    **Irvine, CA 92619-2708**

    **Rushmore's loan #xxxxx5102** must appear on each payment

4.  In the event Debtor fails to make any of the payments set forth hereinabove (or real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtor and Debtor's counsel notice of the default. If Debtor does not cure the default within ten (10) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

5.  The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

6.  Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

7.  In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay.

8.  ~~It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.~~

By signing this Stipulation, Debtor's Counsel represents that the Debtor is familiar with and understand the terms of this Stipulation and agrees to said terms regardless of whether the Debtor has actually signed this Stipulation. Seen and agreed by the parties on the date set forth below:

Danielle Boyle-Ebersole, Esquire
Counsel for Creditor

Date: 9/1/16

Robert Glazer, Esquire
Counsel for Debtor

Date: 9/1/16

Frederick L. Reigle, Esquire
Trustee

Date: 9/1/16

AND NOW, it is hereby ORDERED that the Stipulation between the parties s hereby APPROVED.

9/20/16

Honorable Richard E. Fehling
U.S. Bankruptcy Judge