**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:                                                    Chapter: 13

      Monica D Hamilton

Debtor(s)                                                 Case No: 11–22689–ref

_____

### *ORDER*

      AND NOW, 2/27/17 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

      ☑  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form 23) or a request for a waiver from
such requirement.

      ☑  A certification regarding domestic support obligations and Section 522(q),
(Bankruptcy Form 283);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

           For The Court

           Richard E. Fehling

           Judge ,United States Bankruptcy
Court