United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monica D Hamilton  
    Debtor

Case No. 11-22689-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Cathleen      Page 1 of 1      Date Rcvd: Feb 27, 2017  
                   Form ID: 212      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db      +Monica D Hamilton,    7081 Tuscany Drive,    Macungie, PA 18062-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
     ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
     CHRISOVALANTE   FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A., S/B/M To Wells Fargo Home Mortgage, Inc. paeb@fedphe.com
     DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     MARISA MYERS COHEN    on behalf of Defendant    WELLS FARGO BANK, N.A. mcohen@mwc-law.com
     ROBERT   GLAZER    on behalf of Debtor Monica D Hamilton usbcglazer@gmail.com
     ROBERT   GLAZER    on behalf of Plaintiff Monica D Hamilton usbcglazer@gmail.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                  Chapter: 13

      Monica D Hamilton

Debtor(s)                                                       Case No: 11–22689–ref

_____

*ORDER*

AND NOW, 2/27/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                             For The Court

                                                                             Richard E. Fehling

                                                                             Judge ,United States Bankruptcy Court