United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-22689-ref
Monica D Hamilton                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 2              Date Rcvd: Mar 17, 2017
                              Form ID: 138NEW             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
```
db              +Monica D Hamilton,    7081 Tuscany Drive,    Macungie, PA 18062-8973
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12573973         American Express,    PO Box 297879,    Ft. Lauderdale, Fl 33329-7879
12666278         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12573975         Chase Bank,    PO Box 15298,    wilmington, DE 19850-5298
12573976        +Creditor Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
12573977         FIA Card Services,    PO Box 15137,    Wilmington, DE 19850-5137
12573978        +Keith D. Hamilton,    9152 S Primrose Circle,    Breinigsville, PA 18031-1600
13605777         MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 52708,
                  Irvine, CA 92619-2708
12588712        +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12573979         National Enterprise,    29125 Solon Road,    Solon, OH 44139-3442
12573980         Nationwide Credit,    2015 Vaughn Road NW Blvd,    Kennesaw, GA 30144-7801
12573981        +PA Dept. of Revenue,    PO Box 988,    Harrisburg, PA 17108-0988
12573982         Quest Diagnostics,    PO Box 41652,    Philadelphia, PA 19101-1652
12573983        +USA Platnum,    10750 McDermott Hwy,    San Antonio, TX 78288-1600
12584201        +WELLS FARGO BANK, N.A., Et al,    WELLS FARGO BANK, N.A.,    3476 STATEVIEW BOULEVARD,
                  FORT MILL, SC 29715-7200
12573984         Wells Fargo,    PO Box 11701,    Newark, NJ 07101-4701
12674739        +Wells Fargo Bank N.A.,    1 Home Campus,    X2303-01A,    Des Moines IA 50328-0001
13096679         Wells Fargo Bank, N.A., Et al.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                  3476 Stateview Blvd Fort Mill, SC 29715
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Mar 18 2017 01:53:14     Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2017 01:52:51
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2017 01:53:20     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12573974         E-mail/Text: bkrpt@retrievalmasters.com Mar 18 2017 01:53:05     American Medical Collection,
                  2269 S Saw Mill River Road,    BLDG 3,    Elmsford, NY 10523-3848
12630360        +E-mail/Text: bncmail@w-legal.com Mar 18 2017 01:53:12     USAA FEDERAL SAVINGS BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              CHRISOVALANTE   FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A., S/B/M To Wells Fargo
               Home Mortgage, Inc. paeb@fedphe.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
```

```
District/off: 0313-4           User: Cathleen          Page 2 of 2             Date Rcvd: Mar 17, 2017
                               Form ID: 138NEW         Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MARISA MYERS COHEN    on behalf of Defendant   WELLS FARGO BANK, N.A. mcohen@mwc-law.com
         ROBERT   GLAZER    on behalf of Plaintiff Monica D Hamilton usbcglazer@gmail.com
         ROBERT   GLAZER    on behalf of Debtor Monica D Hamilton usbcglazer@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Monica D Hamilton
    Debtor(s)

Bankruptcy No: 11−22689−ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/17/17