*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13

Monica D Hamilton                                   : Case No. 11−22689−ref
                 Debtor(s)

### *ORDER*
_____

    AND NOW, this day , April 21, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Richard E. Fehling
Judge , United States Bankruptcy Court